JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL QUINTANA, AN INDIVIDUAL,<br><br>　　　　　　　　PLAINTIFF,<br><br>V.<br><br>AMERICAN TIRE DISTRIBUTORS, INC., A DELAWARE CORPORATION; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>　　　　　　　　Defendants. | Case No.: 2:20-cv-07840-RSWL-GJSx<br><br>[Assigned for all purposes to the Honorable Judge Ronald S.W. Lew]<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Action filed:　　July 27, 2020<br>Removal date:　August 27, 2020<br>Trial Date:　　　November 30, 2021 |

[~~PROPOSED~~] ORDER

For good cause shown and based upon the stipulation of the Parties to this action, IT IS HEREBY ORDERED Plaintiff's entire complaint against the Defendant including all causes of action as alleged therein is hereby dismissed with prejudice; and All parties shall bear their own attorney's fees and costs.

DATED:  August 2, 2021

　　　　　　　　　　　　　　　*/S/ RONALD S.W. LEW*
　　　　　　　　　　　　　　　Hon. Ronald S.W. Lew
　　　　　　　　　　　　　　　United States District Judge

-2-

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

# CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy described as **[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** was on August 2, 2021, served upon all counsel of record electronically by the Court's Case Management System:

| | |
|---|---|
| Alaya B Meyers<br>Littler Mendelson PC<br>18565 Jamboree Road Suite 800<br>Irvine, CA 92612<br>949-705-3000<br>Fax: 949-724-1201<br>Email: ameyers@littler.com | *Attorneys for Defendant* |
| Tracy R Williams<br>Littler Mendelson, P.C.<br>18565 Jamboree Road Suite 800<br>Irvine, CA 92612<br>949-705-3047<br>Email: trwilliams@littler.com | *Attorneys for Defendant* |

☒    <u>BY NOTICE OF ELECTRONIC FILING:</u> The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

    Executed on August 2, 2021, at Los Angeles, California.

By: <u>/s/ Tony Noda</u>